# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARMEN SNOW AND GINGER LARKIN | CIVIL ACTION NO 07-3684 |
| VERSUS | |
| SHERIFF JACK STEPHENS<br>ST. BERNARD PARISH SHERIFF'S DEPARTMENT<br>DEPUTY J. TARVER,<br>DEPUTY CHRISTOPHER COMEAUX,<br>AND DEPUTY JAILER "JANE DOE." | SECTION M |

## ORDER

Before the Court is Defendants' Motion to Stay pending the outcome of criminal charges currently pending against plaintiffs in state court.  The Motion, which came for hearing on June 25, 2008, on the briefs , appears meritorious, and plaintiffs have not filed a timely opposition.(See Local Rule 7.5E).

Accordingly, the Motion is **GRANTED, and the matter is stayed.**

New Orleans, Louisiana, this 25th day of June, 2008

Peter Beer
United States District Court